UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL NUMBER:11-20129-47

v.

MELISSA SUE GORDON

        Defendant.
_____/

ORDER REINSTATING AND CONTINUING BOND

IT IS ORDERED that the bond earlier furnished in Criminal Case Number: 14-30045 is hereby reinstated and bond is continued in the amount of:

[ X ]    Personal Bond:    $10,000 unsecured

[ ]    Cash or Surety: _____

[ ]    10% Cash Bond: _____

[ ]    Personal Recognizance: _____

SPECIAL CONDITIONS: [ x ]  Same as original bond.

ADDITIONAL CONDITIONS: _____

_____

DATED: 8/20/15

_____
ROBERT H. CLELAND
U.S. DISTRICT JUDGE

ACKNOWLEDGMENT OF DEFENDANT

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.

DATED: 8-20-15                              Signature of Defendant